UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 3:12-CR-109(1) RLM |
| ) | |
| KORI ANN DONOVAN ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on April 12, 2013 [Doc. No. 26]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Kori Donovan's plea of guilty, and FINDS the defendant guilty of Counts 1 and 3 of the Indictment, in violation of 18 U.S.C. § 1347 and 2, and 18 U.S.C. § 1028A.

SO ORDERED.

ENTERED:   May 2, 2013

          /s/ Robert L. Miller, Jr.
Judge
United States District Court